UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR IVAN SALAZAR-AVALOS,<br><br>Defendant. | No. 1:17-cr-00171-DAD-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through their counsel of record, hereby stipulate as follows:

1. This matter was previously set for a status conference before Magistrate Judge Barbara A. McAuliffe on July 23, 2018, at 1 p.m.

2. After meeting and conferring, the parties agreed to set trial in this matter on April 16, 2019, at 1 p.m. This date was reached by the parties after Mr. Harralson indicated to counsel for the government that he was not available until after March, 2019.

3. At the status conference, Assistant U.S. Attorney appeared on behalf of counsel for the government, who was unavailable due to prescheduled annual leave. The trial was set for April 16, 2019. The Court made an ends of justice finding and excluded time to and through that date. However, it was not stated on the record

that time should be excluded due to unavailability of counsel, as well as for the purpose of continuing plea negotiations and conducting pretrial investigation.

4. Thus, the parties agree and stipulate, and request that the Court further find the following:

    a. **Mr. Harralson is not available to try this matter until after March, 2019.**

    b. The parties need additional time to assess a potential disposition of the case and/or conduct additional investigation and/or prepare for trial.

    c. The parties believe that these facts supplement the ends of justice finding already made by the Court. Specifically, the failure to grant the above-requested continuance to April 16, 2019, would deny the defendant the reasonable time necessary for effective resolution, further investigation, and/or trial preparation, taking into account the exercise of due diligence, and would deny the defense continuity of counsel.

    c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 23, 2018, to April 16, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period

////

2

////

IT IS SO STIPULATED.

DATED: July 30, 2018.   Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Karen A. Escobar
                                     KAREN A. ESCOBAR
                                     Assistant United States Attorney

DATED: July 30, 2018.

                                     /s/ Daniel Harralson
                                     DANIEL HARRALSON
                                     Counsel for OSCAR IVAN SALAZAR-AVALOS

## O R D E R

Having reviewed the stipulation of the parties,

IT IS SO ORDERED.

Dated: **August 1, 2018**                       /s/ Barbara A. McAuliffe
                                                           UNITED STATES MAGISTRATE JUDGE