UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR IVAN SALAZAR-AVALOS,<br><br>Defendant. | No. 1:17-cr-00171-DAD-BAM<br><br>STIPULATION AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through their counsel of record, hereby stipulate as follows:

1. This matter was previously set for a status conference before Magistrate Judge Barbara A. McAuliffe on November 26, 2018, at 1 p.m.
2. The parties have reached and filed a plea agreement. (Doc. 36).
3. The parties agree to set this matter for a change of plea before this Court on November 26, 2018, at 10 a.m.

////
////
////
////
////

1

IT IS SO STIPULATED.

DATED: October 24, 2018.    Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: October 24, 2018.

/s/ Daniel Harralson
DANIEL HARRALSON
Counsel for OSCAR IVAN SALAZAR-AVALOS

**O R D E R**

The court has reviewed and considered the stipulation of the parties to vacate the status conference and set a change of plea hearing in this case. Good cause appearing, the status conference as to Oscar Ivan Salazar-Avalos currently set for November 26, 2018, before Magistrate Judge Barbara A. McAuliffe is vacated and a change of plea hearing is set for November 26, 2018, at 10:00am in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **October 24, 2018**  
UNITED STATES DISTRICT JUDGE