**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for: OSCAR IVAN SALAZAR-AVALOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> OSCAR IVAN SALAZAR-AVALOS <br><br> Defendants. | Case No.: 1:17-CR-00171 DAD-BAM <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** <br><br> Date: February 19, 2019 <br> Time: 10:00 a.m. <br> Judge: Honorable Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Sentencing Hearing in the above captioned matter now set for **February 19, 2019, at 10:00 a.m., be continued to April 8, 2019, at 10:00 a.m., in Department 5** before the Honorable Dale A. Drozd.

The continuance is requested by counsel for Defendant, **OSCAR IVAN SALAZAR-AVALOS** as Attorney Daniel L. Harralson is currently in Trial before The Honorable Rosemary McGuire in the Fresno Superior Court in Maria Banda Wash v. John Wash, et al, case #15 CE CG 00967and has been instructed by Judge McGuire to clear his calendar so as not to interfere with the ongoing. It has been difficult to schedule a time with the probation officer and an interpreter to interview the Defendant. Further, Counsel is away for the holidays until January 1,

-1-

2019, and therefor, the Presentence Report cannot be prepared in time according to the present scheduling

DATED: December 21, 2018          Respectfully Submitted,

**DANIEL L. HARRALSON ATTORNEY AT LAW**

   /s/ Daniel Harralson
DANIEL L. HARRALSON
Attorney for Defendant


DATED: December 21, 2018          **UNITED STATES ATTORNEYS OFFICE**

   /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

---

**ORDER**
-----

For the reasons stated in the parties' stipulation, the sentencing hearing scheduled for February 19, 2019, at 10:00 a.m. is hereby continued to April 8, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 2, 2019**

UNITED STATES DISTRICT JUDGE