UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable Dale A. Drozd
United States District Judge
Fresno, California

RE: Oscar Ivan Salazar-Avalos
Docket Number: 0972 1:17CR00171-1

Your Honor:

Due to extenuating circumstances, including: current increased workload, and a temporary staffing shortage within the presentence investigation unit which has impacted operations, the assigned officer (United States Probation Officer Natali Valdivia) requires additional time to complete the presentence investigation and report. The sentencing hearing is currently scheduled for April 8, 2019. The United States Probation Office and the parties have agreed to a continuance of the sentencing hearing to April 22, 2019, based upon these circumstances. Should this Honorable Court grant this request, the sentencing schedule will be modified accordingly. Thank you for Your Honor's consideration in this matter.

Respectfully submitted,

*/s/*

**ANTHONY A. ANDREWS**
**Supervising United States Probation Officer**

Dated: March 4, 2019
Fresno, California

---

### ORDER OF THE COURT

[X] Approved   [ ] Disapproved

3/5/19
**Date**

Dale A. Drozd
**Dale A. Drozd**
**United States District Judge**

RE: Oscar Ivan Salazar-Avalos
Docket Number: 0972 1:17CR00171-1
**Memo for Continuance of Sentencing Hearing**

Attachment(s)

cc: Karen A. Escobar
Assistant United States Attorney

Daniel L. Harralson
Defense Counsel